IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **CLASSIC HOTELS, LLC, OCEAN HOSPITALITY, LLC, COASTAL HOSPITALITY LLC, FOREST HOSPITALITY, LLC, AND JACKSON DOWNTOWN HOTELS, LLC** | **PLAINTIFFS** |
| V | CIVIL ACTION NO. 1:24-CV-213-TBM-RPM |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABELLA CASILLAS GUZMAN, IN HER OFFICIAL CAPACITY AS ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION; JANET YELLEN, IN HER OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF TREASURY; AND THE UNITED STATES DEPARTMENT OF JUSTICE; ATTORNEY GENERAL MERRICK GARLAND** | **DEFENDANTS** |

### CORPORATE DISCLOSURE STATEMENT OF CLASSIC HOTELS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Uniform Civil Rule 7(c), Plaintiff, Classic Hotels, LLC, files the following Corporate Disclosure Statement:

**CLASSIC HOTELS, LLC**

Classic Hotels, LLC has no parent corporations, and there are no publicly held corporations who own 10% or more of the stock of Classic Hotels, LLC. Classic Hotels, LLC's sole members are John Tampa and Yagnesh Patel who are citizens of Georgia and Indiana, respectively; please see Exhibit A for a list of affiliated companies.

**COASTAL HOSPITALITY, LLC**

Coastal Hospitality, LLC has no parent corporations, and there are no publicly held corporations who own 10% or more of the stock of Coastal Hospitality, LLC. Coastal Hospitality, LLC's sole members are John Tampa and Yagnesh Patel who are citizens of Georgia and Indiana, respectively; please see Exhibit A for a list of affiliated companies.

**FOREST HOSPITALITY, LLC**

Forest Hospitality, LLC has no parent corporations, and there are no publicly held corporations who own 10% or more of the stock of Forest Hospitality, LLC. Forest Hospitality, LLC's sole members are John Tampa and Yagnesh Patel who are citizens of Georgia and Indiana, respectively; please see Exhibit A for a list of affiliated companies.

**OCEAN HOSPITALITY, LLC**

Ocean Hospitality, LLC has no parent corporations, and there are no publicly held corporations who own 10% or more of the stock of Ocean Hospitality, LLC. Ocean Hospitality, LLC's sole members are John Tampa and Yagnesh Patel who are citizens of Georgia and Indiana, respectively; please see Exhibit A for a list of affiliated companies.

**JACKSON DOWNTOWN HOTELS, LLC**

Jackson Downtown Hotels, LLC has no parent corporations, and there are no publicly held corporations who own 10% or more of the stock of Jackson Downtown Hotels, LLC. Jackson Downtown Hotels, LLC's sole members are John Tampa and Yagnesh Patel who are citizens of Georgia and Indiana, respectively; please see Exhibit A for a list of affiliated companies.

Respectfully submitted, this the 29th day of July, 2024.

Respectfully submitted:

BY:  s/ *D. Michael Hurst, Jr.*
D. Michael Hurst, Jr., MS Bar 99990
Nash E. Gilmore, MS Bar 105554
Phelps Dunbar LLP
4270 I-55 North
Jackson, Mississippi 39211
Telephone: 601-352-2300
Facsimile: 601-360-9777
Email: mike.hurst@phelps.com
Email: nash.gilmore@phelps.com

-and-

PD.46294418.1

Arthur F. Jernigan, Jr. MSB#3092
Jernigan Copeland Attorneys PLLC
970 Ebenezer Blvd.
Madison, Ms. 39110
601-427-0021
ajernigan@jcalawfirm.com

*Attorneys for Classic Hotels, LLC, Ocean Hospitality, LLC, Coastal Hospitality LLC, Forest Hospitality, LLC and Jackson Downtown Hotels, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2024, I mailed a copy and electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, to the following:

United States Small Business Administration
409 3rd Street, SW
Washington, DC 20024

The Honorable Janet Yellen
United States Secretary of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

The Honorable Isabella Casillas Guzman
Administrator of the Small Business Administration
409 3rd Street, SW
Washington, DC 20024

The United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Todd W. Gee
United States Attorney General
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS 39201

                                                                   s/ *D. Michael Hurst, Jr.*