### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**CLASSIC HOTELS, LLC, OCEAN HOSPITALITY, LLC, COASTAL HOSPITALITY LLC, FOREST HOSPITALITY, LLC, AND JACKSON DOWNTOWN HOTELS, LLC**                         **PLAINTIFFS**

**v.**                         **CIVIL ACTION NO. 1:24-CV-00213-TBM-RPM**

**UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABELLA CASILLAS GUZMAN, IN HER OFFICIAL CAPACITY AS ADMINISTRATOR OF THE SMALL BUSINESS ADMINISTRATION; JANET YELLEN, IN HER OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF TREASURY; AND THE UNITED STATES DEPARTMENT OF JUSTICE; ATTORNEY GENERAL MERRICK GARLAND**                         **DEFENDANTS**

### PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO STAY

The Motion to Stay filed by Defendants (Dkt. 12) should be denied as follows:

1.      Defendants' Motion alleges that the benefits of a stay outweigh the potential burdens of a delay and that a stay best serves the interest of judicial economy and efficiency because of pending litigation elsewhere involve separate plaintiffs, most of which are non-Mississippi entities.  However, both notions are incorrect.

2.      The benefits of a stay do not outweigh the potential burdens of a delay as Plaintiffs have suffered, and continue to suffer, the enduring effects of Defendants' delay in providing certainty to Plaintiffs relating to Plaintiffs' application for Paycheck Protection Program ("PPP") loans and forgiveness, receipt of PPP loans, and use of PPP loan proceeds.

3.      A stay in this matter would not serve the interest of judicial economy and efficiency, as no time or expense will be saved by staying the instant case pending potential rulings from other

47298580.1

- 2 -

judicial districts relating to Defendants' motions to transfer cases filed by separate Plaintiffs in those districts.

4. On the contrary, the cost of litigation and judicial resources required will remain unchanged as the Court will have to review the PPP Loan and loan forgiveness documentation for each separate Plaintiff regardless of whether the cases are transferred or not.

5. This Response is based on Plaintiffs' supporting Memorandum.

**Request for Relief**

For these reasons, the Motion to Stay filed by Defendants [ECF 12] should be denied.

THIS, the 29th day of October, 2024.

Respectfully submitted,

BY:    */s/ D. Michael Hurst, Jr.*
D. Michael Hurst, Jr., MB# 99990
Nash E. Gilmore, MB# 105554
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: 601-352-2300
Facsimile: 601-360-9777
mike.hurst@phelps.com
nash.gilmore@phelps.com

Arthur F. Jernigan, Jr. MSB#3092
Jernigan Copeland Attorneys PLLC
970 Ebenezer Blvd.
Madison, Ms. 39110
601-427-0021
ajernigan@jcalawfirm.com

*Attorneys for Plaintiffs*

- 2 -

47298580.1

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent notice of filing to the following:

United States Small Business Administration
409 3rd Street, SW
Washington, DC 20024

The Honorable Janet Yellen
United States Secretary of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

The Honorable Isabella Casillas Guzman
Administrator of the Small Business Administration
409 3rd Street, SW
Washington, DC 20024

The United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Todd Gee
United States Attorney
Office of the United States Attorney
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201

*s/ D. Michael Hurst, Jr.*
 D MICHAEL HURST JR.

- 3 -