**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CLASSIC HOTELS, LLC, et al.** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 1:24-cv-213-TBM-RPM** |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.** | **DEFENDANTS** |

| | |
|---|---|
| **BIRMINGHAM HP HH, LLC et al.** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:25-cv-44-HTW-LGI** |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.** | **DEFENDANTS** |

| | |
|---|---|
| **SARALAND HOSPITALITY, LLC, et al.** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 1:25-cv-56-TBM-RPM** |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.** | **DEFENDANTS** |

| | |
|---|---|
| **DOTHAN HOSPITALITY, LLC, et al.** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:25-cv-125-TSL-MTP** |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.** | **DEFENDANTS** |

## ORDER GRANTING MOTION TO CONSOLIDATE

This matter is before the Court on Defendants' Unopposed Motion to Consolidate [21] and Defendants' Unopposed Second Motion to Consolidate [23], which seek to have this action consolidated with a later-filed complaints styled: *Birmingham HP HH, LLC, et al. v. United States Small Business Administration, et al.*, No. 3:25-cv-44-HTW-LGI; *Saraland Hospitality, LLC et al. v. United States Small Business Administration et al.*, No. 1:25-cv-00056-TBM-RPM; and *Dothan Hospitality, LLC et al. v.*

*United States Small Business Administration et al.*, No. 3:25-cv-00125-TSL-MTP. The four lawsuits involve similar allegations and similar legal theories, and the plaintiffs in all four actions have represented their consent to consolidation. Accordingly, the Court finds that the motions to consolidate should be granted, and the lawsuits should be consolidated.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Consolidate [21] and Second Motion to Consolidate [23] are GRANTED and that Civil Action Nos. 1:24-cv-00213-TBM-RPM, 3:25-cv-44-HTW-LGI, 1:25-cv-00056-TBM-RPM, and 3:25-cv-00125-TSL-MTP are hereby consolidated for all purposes, with *Classic Hotels, LLC., et al. v. United States Small Business Administration, et al.*, Civil Action No. 1:24-cv-00213-TBM-RPM, serving as the lead case. All subsequent pleadings relating to these cases should be filed in the lead case only.

SO ORDERED AND ADJUDGED, this the 14th day of March 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE